UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VARGAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARRIS,<br><br>　　　　　Defendant. | Case No. 17-cv-02999-VKD  (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

　　　A settlement conference was held on August 6, 2018, and the results of that proceeding are indicated below:

　　　(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　　　　( X ) Plaintiff, Nathan Vargas.

　　　　(  ) Warden or warden's representative

　　　　( X ) Office of the California Attorney General, Rosailda Perez.

　　　　(  ) Other:

　　　(2) The following individuals, parties, and/or representatives did not appear:

　　　_____

　　　(3) The outcome of the proceeding was:

　　　　( X ) The case has been completely settled.

　　　　(  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 8/6/2018

ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VARGAS,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS,<br><br>    Defendant. | Case No. 17-cv-02999-VKD (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathan Vargas ID: AP6582
California Medical Facility
Post Office Box 2000
Vacaville, CA 95696-2000

Dated: August 6, 2018

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By:_ /s/ Gloria Knudson
                                        Gloria Knudson, Deputy Clerk to the
                                        Honorable ROBERT M. ILLMAN